UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: DELPHI CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | MDL No. 1725<br><br>Master Case No. 05-md-1725<br>Hon. Gerald E. Rosen<br><br>This Document Relates to:<br>05-70882; 05-70940; 05-71030;<br>05-71200; 05-71249; 05-71291;<br>05-71339; 05-71396; 05-71397;<br>05-71398; 05-71437; 05-71508;<br>05-71620; 05-71897; 05-72198 |
| _____/ | |

FINAL JUDGMENT

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 18, 2009

    PRESENT:  Honorable Gerald E. Rosen
                      Chief Judge, United States District Court

The Court having this date entered an Opinion and Order granting Defendant State Street Bank and Trust Company's Motion for Summary Judgment and denying the ERISA Plaintiffs' cross-motion for partial summary judgment; and the ERISA Plaintiffs' claims against Defendant State Street being the last remaining claims in this multi-district litigation action, and the Court being otherwise fully advised in the premises,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that summary judgment is hereby entered in favor of Defendant State Street Bank and Trust Company

and against the ERISA Plaintiffs in this multi-district action.  Accordingly,

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against State Street Bank and Trust Company are DISMISSED, in their entirety, with prejudice.

    This multi-district action, accordingly, is now closed.


                                             s/Gerald E. Rosen
                                             Chief Judge, United States District Court

Dated:  March 18, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 18, 2009, by electronic and/or ordinary mail.

                                             s/LaShawn R. Saulsberry
                                             Case Manager